UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re: Lucille M. Crowell

Case No.: HG 10-02433
Chapter: 7

Debtor(s).
_____/

**PROOF OF SERVICE**

**Documents served:** Debtor's Motion to Convert Chapter 7 Case to Chapter 13, Notice and Order Re: Debtor's April 13, 2010 Motion to Convert From Chapter 7 to Chapter 13

**Persons served (with addresses):** Ms. Lucille Crowell, 13492 Cleveland St., Nunica, MI 49448

**(x) A matrix of creditors served is attached.**

The undersigned certifies that a copy of the documents listed above were served upon the parties listed above at their respective addresses by regular first-class mail, postage pre-paid, by placing the envelopes in the mail on the date indicated below.

Date of Service:  22 April 2010

I declare that the statement above is true to the best of my information, knowledge and belief.

/s/ Meridith Knoll
Meridith Knoll, Assistant to
Roger G. Cotner, Attorney for Debtor(s)
COTNER LAW OFFICE
220 Franklin Avenue
P.O. Box 838
Grand Haven, MI 49417
616-846-7153
cotner@chartermi.net