B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Western District of Michigan

In re   Lucille M. Crowell                                   Case No.   10-02433
                        Debtor(s)                            Chapter    13

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  4  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   8/13/2010          Signature   /s/ Lucille M. Crowell
                                      Lucille M. Crowell
                                      Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                18 U.S.C. §§ 152 and 3571.