# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

LUCILLE M. CROWELL,

      Debtor.

_____/

Case No.  HG 10-02433
Chapter 13
Hon.  Jeffrey R. Hughes

## SECOND PLAN AMENDMENT TO CHAPTER 13 PLAN - PRE-CONFIRMATION

NOW COMES the Debtor, Lucille M. Crowell, by and through her attorney, Roger G. Cotner, and hereby amends her Chapter 13 plan as follows:

1. The Debtor amends ¶ II. C. 1. a. of her plan to read: Court filing fee to be paid by Chapter 13 Trustee to the Court: $0.00 because $299.00 has been paid in Chapter 7 filing.

2. The Debtor clarifies ¶ II. G. 1. of her plan to provide that the minimum distribution to her general unsecured creditors will be $2,547.41.

In all other respects, the original petition and plan shall remain the same.

## DECLARATION

I, Lucille M. Crowell, declare under penalty of perjury that I have read the foregoing plan amendment, and that it is true and correct to the best of her knowledge, information and belief.

Dated: August 25, 2010                    /s/ Lucille M. Crowell
                                                         Lucille M. Crowell, Debtor

Prepared by:
Roger G. Cotner P36569
COTNER LAW OFFICE
Attorney for Debtor
PO. Box 838
Grand Haven, MI 49417
616-846-7153
cotner@chartermi.net